## Commonwealth *v.* Uhler, Appellant.

Before SCHIFF-MAN, J.

Submitted December 11, 1968. *Carmen Maffei,* Assistant Public Defender, for appellant; *Charles D. Lemmond, Jr.,* First Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Waites, Appellant.

Before GUERIN, P. J.

Submitted December 9, 1968. *Gerald P. Ginley,* for appellant; *Edward G. Rendell* and *James D. Crawford,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.